

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

**Patricia A. Lee**
Partner
Direct Dial 973-840-2444
PLee@connellfoley.com

April 16, 2018

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building
and U.S. Courthouse
402 East State Street, Room 341
Trenton, New Jersey 08608

Re:   *ANJC v. Aetna, Inc. et al.*
      **Case No. 3:09-cv-03761 (BRM)(TJB)**
      *Tri3 Enter., LLC v. Aetna, Inc. et al.*
      **Case No. 3:11-cv-03921 (BRM)(TJB)**

Dear Judge Martinotti:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendants in the above referenced matters (collectively, "Aetna"). We are writing with the consent of Plaintiffs' counsel to request a two-week extension of Aetna's deadline to file a response to Plaintiffs' Motion for Reconsideration of the Court's Orders Denying Class Certification, from April 23 to May 7, 2018.

Defendants are seeking this extension in good faith, as the additional time is needed due to scheduling conflicts with Aetna's counsel on other matters, coupled with the commitment of time that is needed for Aetna's response to Plaintiff's Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f) in the related *Lutz v. Aetna* matter, which is due on April 23, 2018.

If Your Honor if inclined to grant the extension request, we respectfully request that the enclosed proposed Stipulation and Order be entered memorializing the new deadline for Aetna's response as May 7, 2018.

As always, we appreciate Your Honor's attention to this matter.

Respectfully submitted,

*s/ Patricia A. Lee*

Encl.
cc:  All Counsel of Record (via ECF)